1  Courtland L. Reichman (SBN 268873)
   MCKOOL SMITH HENNIGAN, P.C.
2  255 Shoreline Drive, Suite 510
   Redwood Shores, CA 94065
3  Telephone: (650) 394-1401;
   Facsimile: (650) 394-1422
4  creichman@mckoolsmith.com

5  Brett Cooper (pro hac vice to be filed)
   Angela Vorpahl (pro hac vice to be filed)
6  MCKOOL SMITH, P.C.
   1 Bryant Park, 47th Floor
7  New York, NY 10036
   Telephone: 212) 402-9400
8  Facsimile: (212) 402-9444
   bcooper@mckoolsmith.com;
9  avorpahl@mckoolsmith.com

10 Attorneys for Plaintiff
   BMC Software, Inc.

11

RECEIVED

SEP 2 2 2015

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LB

12          **UNITED STATES DISTRICT COURT**
            **NORTHERN DISTRICT OF CALIFORNIA**
13               **SAN FRANCISCO DIVISION**

**CV 15 80239 MISC.**

14  BMC Software, Inc.                    Misc. Case No. _____

15                    Plaintiff,          **PENDING IN THE UNITED STATES**
                                          **DISTRICT COURT FOR THE**
16          vs.                           **EASTERN DISTRICT OF TEXAS**

17  ServiceNow, Inc.                      **CIVIL ACTION NO. 2:14-CV-903-JRG**

18                    Defendant.          [PROPOSED] ORDER

19                                         Date:
                                           Time:
20                                         Courtroom:
                                           Judge:
21

22

23                                                    Unopposed
         The Court, having considered Plaintiff BMC Software, Inc.'s Motion to Transfer or in the

24  alternative Motion to Quash Subpoenas of Mike Dierks and Lobos Valley Advisors, LLC and the

25  arguments of counsel, hereby ORDERS that Plaintiff BMC Software, Inc.'s, Motion to Transfer

26  shall be granted., and TRANSFERS BMC's Motion to Quash to the United States District
                      Court for the Eastern District of Texas.

                                          -1-
28  Misc. Case No. _____                              [PROPOSED] ORDER
    Civil Action No. 2:14-CV-903-JRG

ORIGINAL

FAXED

MCKOOL SMITH HENNIGAN, P.C.
REDWOOD SHORES, CA

IT IS SO ORDERED.

Dated: October 13, 2015 _____

_____
United States District Judge

Misc. Case No. _____
Civil Action No. 2:14-CV-903-JRG

[PROPOSED] ORDER

McKOOL SMITH HENNIGAN, P.C.
REDWOOD SHORES. CA